**Electronically Filed
Supreme Court
SCWC-12-0000867
18-MAY-2015
09:45 AM**

SCWC-12-0000867

IN THE SUPREME COURT OF THE STATE OF HAWAIʻI

---

KONDAUR CAPITAL CORPORATION, Respondent/Plaintiff-Appellee,

vs.

LEIGH MATSUYOSHI, Petitioner/Defendant-Appellant.

---

CERTIORARI TO THE INTERMEDIATE COURT OF APPEALS
(CAAP-12-0000867; CIVIL NO. 12-1-0185)

ORDER ACCEPTING APPLICATION FOR WRIT OF CERTIORARI
(By: Recktenwald, C.J., Nakayama, McKenna, Pollack, and Wilson, JJ.)

Petitioner/Defendant-Appellant Leigh Matsuyoshi's Application for Writ of Certiorari, filed on April 6, 2015, is hereby accepted and will be scheduled for oral argument. The parties will be notified by the appellate clerk regarding scheduling

DATED: Honolulu, Hawaiʻi, May 18, 2015.

| | |
|---|---|
| James J. Bickerton, Bridget G. Morgan and Joe Moss for petitioner | /s/ Mark E. Recktenwald |
| | /s/ Paula A. Nakayama |
| | /s/ Sabrina S. McKenna |
| Michael C. Bird and Thomas J. Berger for respondent | /s/ Richard W. Pollack |
| | /s/ Michael D. Wilson |

